UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:12CR146 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF ABEYANCE |
| | ) | |
| PATRICK CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

At the initial appearance of the defendant on the charges contained in the indictment on file, the United States moved to detain the defendant without bail pending trial on the basis that he was a flight risk and a danger to the community. At the time of his initial appearance before the court, the defendant was in the custody of Bureau of Prisons Federal Correctional Institution in Florence, Colorado. Accordingly,

**IT IS ORDERED:**

The government's motion for detention of Patrick Clark, pursuant to the Bail Reform Act, is held in abeyance pending the defendant's coming into federal custody.

**IT IS FURTHER ORDERED:**

The defendant, Patrick Clark, received notice of his return to the custody of the Bureau of Prisons Federal Correctional Institution in Florence, Colorado pending the disposition of this matter and having waived an opportunity for hearing in this matter pursuant to the Interstate Agreement on Detainers, 18 U.S.C. app § 9(2). The U.S. Marshal is authorized to return the defendant to the custody of the Bureau of Prisons Federal Correction Institution in Florence, Colorado pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

DATED this 12th day of December, 2012.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge